UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 07-22551-CIV-KING

FREDERICKA D MCMILLAN,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

_____/

## ORDER GRANTING PLAINTIFF'S PETITION FOR ATTORNEY FEES

THIS CAUSE comes before the Court upon the December 19, 2008 Report and Recommendation ("R&R") of Magistrate Judge Robert L. Dube (D.E. #28), recommending that the Plaintiff be awarded both the sum of "$5,204.00 as attorney fees and expenses" and "the sum of $350.00 for the filing fee to be paid out of the Judgment Fund." Additionally, Magistrate Judge Robert L. Dube recommended that these awards be disbursed to Plaintiff's counsel Luis A. Segarra. *See* D.E. #28. The parties have not filed any objections, and the time to do so has passed.

After a thorough review of the record, the undersigned concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Magistrate Judge Robert L Dube's December 19, 2008 R&R (**D.E. #28**) be, and the same is hereby, **AFFIRMED and ADOPTED.**

The Plaintiff's Petition for Attorney Fees (**D.E. #26**) is hereby **GRANTED**. The Plaintiff is hereby awarded both the sum of $5,204.00 as attorney fees and expenses and the sum of $350.00 for the filing fee (to be paid out of the Judgment Fund). These awards are to be disbursed to Plaintiff's counsel Luis A. Segarra.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 20th day of January, 2009.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc:     **Magistrate Judge Robert L. Dube**

<u>**Counsel for Plaintiff**</u>

**Luis Alberto Segarra**
Wheeler & Segarra, P.A.
5825 Sunset Drive
Suite 300
202
South Miami , FL 33143-5222

<u>**Counsel for Defendant**</u>

**Carlos Javier Raurell**
United States Attorney's Office
99 NE 4 Street
Miami , FL 33132